# United States Bankruptcy Court
## Eastern District of Wisconsin

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Daniels, Lee C. , II | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Daniels, Tammy M. |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 5301 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 1692 |
| Street Address of Debtor (No. and Street, City, and State)<br>229 Irene St.<br>Green Bay, WI<br>ZIPCODE 54302 | Street Address of Joint Debtor (No. and Street, City, and State)<br>2257 S. Overland Dr.<br>DePere, WI<br>ZIPCODE 54115 |
| County of Residence or of the Principal Place of Business:<br>Brown | County of Residence or of the Principal Place of Business:<br>Brown |
| Mailing Address of Debtor (if different from street address):<br>PO Box 5426<br>DePere, WI<br>ZIPCODE 54115 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other   N.A.

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests: ———

Each country in which a foreign proceeding by, regarding, or against debtor is pending: ———

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:37 - 30068-301X-***** - PDF-XChange 4.0

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Lee C. Daniels, II & Tammy M. Daniels |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  /s/ John A.Foscato                    03/10/2015 Signature of Attorney for Debtor(s)        Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:37 - 30068-301X-*****- PDF-XChange 4.0

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Lee C. Daniels, II & Tammy M. Daniels |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Lee C. Daniels, II
Signature of Debtor

**X** /s/ Tammy M. Daniels
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

03/10/2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

### Signature of Attorney*

**X** /s/ John A.Foscato
Signature of Attorney for Debtor(s)

JOHN A.FOSCATO 1018196
Printed Name of Attorney for Debtor(s)

Law Offices of John A. Foscato SC
Firm Name

P.O. Box 1133
Address

Green Bay, WI 54305-1133

920-432-8801
Telephone Number

03/10/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Wisconsin

In re <u>Lee C. Daniels, II & Tammy M. Daniels</u>                    Case No._____
Debtor(s)                                                      (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

❒ 3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ❒   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ❒   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**

    ❒   Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     _____/s/ Lee C. Daniels, II_____

                                LEE C. DANIELS, II

                           03/10/2015

Date: _____

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Wisconsin

In re _Lee C. Daniels, II & Tammy M. Daniels_

Debtor(s)

Case No._____

(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

❐  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ❐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ❐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
   ❐  Active military duty in a military combat zone.

❐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:  _____/s/ Tammy M. Daniels_____

                                                    TAMMY M. DANIELS

                    Date: _____03/10/2015_____

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

# United States Bankruptcy Court
### Eastern District of Wisconsin

In re _____Lee C. Daniels, II & Tammy M. Daniels_____

Debtor

Case No. _____

Chapter ____7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $   162,900.00 | | |
| B – Personal Property | YES | 3 | $    15,259.00 | | |
| C –  Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $   350,042.03 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $        0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $   253,613.05 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $    2,712.98 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $    2,883.70 |
| **TOTAL** | | 32 | $   178,159.00 | $   603,655.08 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

# United States Bankruptcy Court
### Eastern District of Wisconsin

In re    Lee C. Daniels, II & Tammy M. Daniels       Case No. _____

                  Debtor

Chapter     7    

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    0.00 |
| Student Loan Obligations (from Schedule F) | $    0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    0.00 |
| TOTAL | $    0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $    2,712.98 |
| Average Expenses (from Schedule J, Line 22) | $    2,883.70 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $    4,149.09 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    196,046.40 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0.00 |
| 4. Total from Schedule F | | $    253,613.05 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    449,659.45 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-*****- PDF-XChange 4.0

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

In re __Lee C. Daniels, II & Tammy M. Daniels__          Case No. _____

                **Debtor**                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single family residence; secured with $22,600.00 equity<br><br>2257 S. Overland Dr.<br>DePere, WI 54115 | Fee Simple | W | 162,900.00 | 140,300.00 |
| | | Total ▷ | 162,900.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

In re    Lee C. Daniels, II & Tammy M. Daniels                                    Case No. _____
            **Debtor**                                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash<br>residence | J | 45.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>Community 1st CU | J | 50.00 |
| | | Savings Account<br>Community 1st CU | J | 69.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furniture<br>residence | J | 300.00 |
| | | Appliances<br>residence | J | 125.00 |
| | | Electronics<br>residence | J | 150.00 |
| | | Small Appliances / Cookware / Dishware<br>residence | J | 70.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-*****- PDF-XChange 4.0

In re   Lee C. Daniels, II & Tammy M. Daniels                    Case No.
            **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Clothing; lump sum residence | J | 250.00 |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |

In re   Lee C. Daniels, II & Tammy M. Daniels                    Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Chevrolet HHR; secured with $504.37 equity residence | J | 6,700.00 |
| | | 2005 Dodge Caravan & 2008 Honda Goldwing; fully secured by child support liens residence | J | 7,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                              0    continuation sheets attached    Total    $    15,259.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

In re    Lee C. Daniels, II & Tammy M. Daniels                    Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)                    ☐ Check if debtor claims a homestead exemption that exceeds
☐ 11 U.S.C. § 522(b)(3)                        $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Single family residence; secured with $22,600.00 equity | 11 U.S.C. 522(d)(1) | 22,600.00 | 162,900.00 |
| 2009 Chevrolet HHR; secured with $504.37 equity | 11 U.S.C. 522(d)(5) | 504.37 | 6,700.00 |
| Cash | 11 U.S.C. 522(d)(5) | 45.00 | 45.00 |
| Checking Account | 11 U.S.C. 522(d)(5) | 50.00 | 50.00 |
| Savings Account | 11 U.S.C. 522(d)(5) | 69.00 | 69.00 |
| Furniture | 11 U.S.C. 522(d)(3) | 300.00 | 300.00 |
| Appliances | 11 U.S.C. 522(d)(3) | 125.00 | 125.00 |
| Electronics | 11 U.S.C. 522(d)(3) | 150.00 | 150.00 |
| Small Appliances / Cookware / Dishware | 11 U.S.C. 522(d)(3) | 70.00 | 70.00 |
| Clothing; lump sum | 11 U.S.C. 522(d)(3) | 250.00 | 250.00 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-*****- PDF-XChange 4.0

B6D (Official Form 6D) (12/07)

**In re** <u>Lee C. Daniels, II & Tammy M. Daniels</u> ,     **Case No.** _____

        **Debtor**                                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BMO Harris<br>PO Box 365<br>Arlington Heights, IL 60006 | | J | Lien: 2nd Mortgage<br>Security: 2257 S. Overland Rd.<br>DePere, WI 54115<br><br>VALUE $      162,900.00 | | | | 4,300.00 | 0.00 |
| ACCOUNT NO.<br><br>Community 1st Credit Union<br>1700 Lawrence Dr.<br>DePere, WI 54115 | | J | Lien: Title Lien<br>Security: 2009 Chevrolet HHR<br><br>VALUE $      6,700.00 | | | | 6,195.63 | 0.00 |
| ACCOUNT NO.<br><br>CSC Iowa<br>PO Box 9125<br>Des Moines, IA 50306-9125 | | J | Lien: Child support liens<br>Security: 2005 Dodge Caravan &<br>2008 Honda Goldwing<br><br>VALUE $      7,500.00 | | | | 52,522.40 | 45,022.40 |

<u>  1  </u> continuation sheets attached

                                              Subtotal ▷   $    63,018.03    $    45,022.40
(Total of this page)

                                                  Total ▷   $            $
(Use only on last page)

                                           (Report also on         (If applicable, report
                                   Summary of Schedules)   also on Statistical
                                                     Summary of Certain
                                                     Liabilities and Related
                                                     Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

In re    Lee C. Daniels, II & Tammy M. Daniels            ,          Case No. _____
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Service<br>United States Treasury<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | H | Incurred: 2010<br>Lien: Tax Lien<br><br>VALUE $           0.00 | | | | 48,304.00 | 48,304.00 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>United States Treasury<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | H | Incurred: 2005<br>Lien: Tax Lien<br><br>VALUE $           0.00 | | | | 57,052.00 | 57,052.00 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>United States Treasury<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | H | Incurred: 2004<br>Lien: Tax Lien<br><br>VALUE $           0.00 | | | | 33,342.00 | 33,342.00 |
| ACCOUNT NO.<br><br>USDA Rural Development<br>PO Box 790170<br>St. Louis, MO 63179 | | J | Lien: 1st Mortgage<br>Security: 2257 N. Overland Rd.,<br>DePere, WI 54115<br><br>VALUE $      162,900.00 | | | | 136,000.00 | 0.00 |
| ACCOUNT NO.<br><br>WI Dept of Revenue<br>Special Procedures Unit<br>PO Box  8901<br>Madison, WI 53708-8901 | | H | Incurred: 2007<br>Lien: Tax Lien<br><br>VALUE $           0.00 | | | | 12,326.00 | 12,326.00 |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) (Total(s) of this page) | $   287,024.00 | $  151,024.00 |
| Total(s) (Use only on last page) | $   350,042.03 | $  196,046.40 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (04/13)**

In re  Lee C. Daniels, II & Tammy M. Daniels _____,   Case No._____
_____
                              Debtor                                                                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

In re_____Lee C. Daniels, II & Tammy M. Daniels_____,       Case No._____
                                    Debtor                                                                                         (if known)

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_  **continuation sheets attached**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

In re Lee C. Daniels, II & Tammy M. Daniels _____ ,                     Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(1)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Karla Thomas <br> c/o CSC Iowa <br> PO Box 9125 <br> Des Moines, IA 50306-9125 | | H | Consideration: Child support | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Olivia Snow <br> c/o CSC Iowa <br> PO Box 9125 <br> Des Moines, IA 50306-9125 | | H | Consideration: Child support | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | | | | | | | |
| Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal ➢ (Totals of this page) | | | | $          0.00 | $          0.00 | $          0.00 |
| | | | Total ➢ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | | $          0.00 | | |
| | | | Totals ➢ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $          0.00 | $          0.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-*****- PDF-XChange 4.0

In re   Lee C. Daniels, II & Tammy M. Daniels   ,   Case No. _____

   Debtor   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AFNI Inc. <br> PO Box 3097 <br> Bloomington, IL 61702-3097 | | J | | | | | 316.00 |
| ACCOUNT NO. <br><br> American General Finance <br> 600 N. Royall Ave. <br> Evansville, IN 47715 | | J | Consideration: 09 CV 1521 | | | | 8,457.00 |
| ACCOUNT NO. <br><br> Americollect <br> PO Box 1566 <br> Manitowoc, WI 54221 | | J | Consideration: Collection for Aurora Health Care | | | | Notice Only |
| ACCOUNT NO. <br><br> Andrew Daniels <br> USS EIROD FFG 55 <br> FPO, AE 09568-1509 | | J | Consideration: personal loan | | | | 40,000.00 |

_____ 14 ___ continuation sheets attached

Subtotal ≫ | $ | 48,773.00

Total ≫ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Lee C. Daniels, II & Tammy M. Daniels_____ ,      Case No. _____
                 **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Attorney Christopher Evenson<br>303 S Memorial Drive<br>Appleton, WI 54911-5978 | | J | Consideration: Collection for Theda Clark Medical Center | | | | Notice Only |
| ACCOUNT NO.<br><br>Atty. Daniel M. Muza<br>217 Ceape Avenue<br>Oshkosh, WI 54901 | | J | Consideration: Collection for Robert Hatch | | | | Notice Only |
| ACCOUNT NO.<br><br>Aurora Health Care<br>PO Box 091700<br>Milwaukee, WI 53209-8700 | | J | Consideration: Additional notice | | | | Notice Only |
| ACCOUNT NO.  907671<br><br>Aurora Health Care<br>PO Box 809418<br>Chicago, IL 60680-9418 | | J | Consideration: Medical services | | | | 696.80 |
| ACCOUNT NO.  various<br><br>Aurora Medical Group<br>PO Box 341457<br>Milwaukee, WI 53234-1457 | | J | Consideration: Medical Services | | | | 1,121.00 |

Sheet no. _1_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                          Subtotal▷ $     1,817.80

                                               Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-*****-PDF-XCharge 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Lee C. Daniels, II & Tammy M. Daniels                    ,          Case No. _____
                        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. various<br><br>Baycare Health Systems<br>PO Box 28900<br>Green Bay, WI 54324 | | J | Consideration: Medical Services | | | | 303.00 |
| ACCOUNT NO. ending in 8569<br><br>Best Buy / Citibank<br>c/o Estate Info. Svcs LLC dba EIS Collections<br>PO Box 1730<br>Reynoldsburg, OH 43068-8730 | | J | Consideration: Consumer Credit Card Purchases | | | | 2,070.05 |
| ACCOUNT NO. 6035350235658569<br><br>Best Buy Credit Services<br>PO Box 790441<br>St. Louis, MO 63179 | | J | Consideration: Consumer Credit Card Purchases | | | | 1,472.44 |
| ACCOUNT NO. 4862369428082794<br><br>Capital One Services<br>PO Box 30285<br>SLC, UT 84130-0285 | | J | Consideration: Consumer Credit Card Purchases | | | | 2,317.70 |
| ACCOUNT NO. 4862362441393116<br><br>Capital One Services<br>PO Box 30285<br>SLC, UT 84130-0285 | | J | Consideration: Consumer Credit Card Purchases | | | | 624.92 |

Sheet no. _2_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  6,788.11

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

In re  Lee C. Daniels, II & Tammy M. Daniels                        ,        Case No. _____

                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4862369814152581<br><br>Capital One Services<br>PO Box 30285<br>SLC, UT 84130-0285 | | J | Consideration: Consumer Credit Card Purchases | | | | 552.14 |
| ACCOUNT NO. 175409003<br><br>Comenity - Brylane Home<br>PO Box 659728<br>San Antonio, TX 78265-9728 | | J | Consideration: Consumer Credit Card Purchases | | | | 421.95 |
| ACCOUNT NO. 6004668054656217<br><br>Comenity - Fashion Bug<br>PO Box 659728<br>San Antonio, TX 78265-9728 | | J | Consideration: Consumer Credit Card Purchases | | | | 373.42 |
| ACCOUNT NO.<br><br>Comenity - Younkers<br>Attn: Bankruptcy Dept.<br>PO Box 182125<br>Columbus, OH 43218-2125 | | J | Consideration: Additional notice | | | | Notice Only |
| ACCOUNT NO. 2117500006149145<br><br>Comenity - Younkers<br>PO Box 659813<br>San Antonio, TX 78265-9113 | | J | Consideration: Consumer Credit Card Purchases | | | | 817.67 |

Sheet no. __3__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | 2,165.18

Total ▷ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-*****- PDF-XChange 4.0

In re  Lee C. Daniels, II & Tammy M. Daniels_____ ,  Case No. _____
                          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ending in 2148 <br><br> Community First CU <br> Customer Service <br> PO Box 31112 <br> Tampa, FL 33631-3112 | | J | Consideration: Consumer Credit Card Purchases | | | | 6,096.05 |
| ACCOUNT NO. <br><br> Community First CU <br> PO Box 1487 <br> Appleton, WI 54912-1487 | | J | Consideration: Additoinal notice | | | | Notice Only |
| ACCOUNT NO. <br><br> Consumer Adjustment Company <br> 12855 Tesson Ferry Rd. Ste. 200 <br> St. Louis, MO 63128-2912 | | J | Consideration: Collection for Mid American Energy | | | | Notice Only |
| ACCOUNT NO. <br><br> Consumer Collection Mgmt <br> PO Box 1839 <br> Maryland Heights, MO 63043 | | J | Consideration: Collection for St. Mary's Hospital | | | | Notice Only |
| ACCOUNT NO. <br><br> Credit Protection <br> 13355 Noel Road #2100 <br> Dallas, TX 75240 | | J | Consideration: Collection for Mediacom | | | | Notice Only |

Sheet no.  4  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $    6,096.05

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Wednesday, March 11, 2015, at 10:01:38 - 30068-301X-***** - PDF-XChange 4.0

In re ___Lee C. Daniels, II & Tammy M. Daniels_____,    Case No. _____
   **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Dempsey Law Firm LLP <br> PO Box 886 <br> Oshkosh, WI 54903-0886 | | J | Consideration: Legal services | | | | 658.16 |
| **ACCOUNT NO.** <br><br> Estate Information Services LLC dba <br> EIS Collections <br> PO Box 1730 <br> Reynoldsburg, OH 43068-8730 | | J | Consideration: Collection for Best Buy/Citibank | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Finance Systems of GB <br> PO Box 1597 <br> Green Bay, WI 54305-1595 | | J | Consideration: Collection for Baycare Health Systems, Green Bay Radiology | | | | Notice Only |
| **ACCOUNT NO.** 2813** <br><br> Green Bay Radiology, SC <br> 2941 S Ridge Rd <br> Green Bay, WI 54304 | | J | Consideration: Medical Services | | | | 55.00 |
| **ACCOUNT NO.** <br><br> H & R Accounts Inc. <br> 7017 John Deere Pkwy <br> Moline, IL 61265-8072 | | J | Consideration: Collection for Interstate Power Alliant Energy | | | | Notice Only |

Sheet no. __5__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷    $     713.16

Total▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   Lee C. Daniels, II & Tammy M. Daniels              ,        Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hawkeye Auto Body<br>c/o IC Systems<br>PO Box 64378<br>St. Paul, MN 55164 | | J | | | | | 353.00 |
| ACCOUNT NO.   6019170236062409<br><br>HH Gregg / GE Capital Retail Bank<br>Attn: Bankruptcy Dept.<br>PO Box 965061<br>Orlando, FL 32896-5061 | | J | Consideration: Collection for Ameritech Inc | | | | 3,452.00 |
| ACCOUNT NO.   6035320370123851<br><br>Home Depot Credit Services<br>PO Box 790328<br>St. Louis, MO 63179 | | J | Consideration: Consumer Credit Card Purchases | | | | 2,202.10 |
| ACCOUNT NO.   6035320494159641<br><br>Home Depot Credit Services<br>PO Box 790328<br>St. Louis, MO 63179 | | J | Consideration: Consumer Credit Card Purchases | | | | 14,917.70 |
| ACCOUNT NO.<br><br>IC Systems<br>PO Box 64378<br>St. Paul, MN 55164 | | J | Consideration: Collection for Hawkeye Auto Body | | | | Notice Only |

Sheet no.   6   of  14   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $        20,924.80

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:39 - 30068-301X-*****- PDF-XChange 4.0

In re <u>Lee C. Daniels, II & Tammy M. Daniels</u>,     Case No. _____

                  **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 17405346<br><br>Infinity Healthcare Physicians SC<br>111 E. Wisconsin Ave. Ste. 2000<br>Milwaukee, WI 53202-4809 | | J | Consideration: Medical Services | | | | 467.00 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>United States Treasury<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | J | Incurred: 2002-2011<br>Consideration: Income Taxes | | | | 81,553.78 |
| ACCOUNT NO.<br><br>Interpersonal Therapy LLC<br>PO Box 544<br>Egg Harbor, WI 54209 | | J | Consideration: Medical Services | | | | 746.05 |
| ACCOUNT NO.<br><br>Interstate Power Alliant Energy<br>c/o H & R Accounts Inc.<br>7017 John Deere Pkwy<br>Moline, IL 61265-8072 | | J | Consideration: Utilities | | | | 67.00 |
| ACCOUNT NO.<br><br>Jeff & Tina Gross<br>1806 Trotter Ct.<br>DePere, WI 54115 | | J | Consideration: personal loan | | | | 5,000.00 |

Sheet no. <u>7</u> of <u>14</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $     87,833.83

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Wednesday, March 11, 2015, at 10:01:39 - 30068-301X-*****- PDF-XChange 4.0

In re  Lee C. Daniels, II & Tammy M. Daniels_____ ,          Case No. _____
           **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:39 - 30068-301X-*****- PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kia Motor Finance<br>PO Box 20825<br>Fountain Valley, CA 92728 | | J | Consideration: Vehicle lease | | | | 15,800.00 |
| ACCOUNT NO. 0586618878<br><br>Kohls<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | | J | Consideration: Consumer Credit Card Purchases | | | | 1,055.55 |
| ACCOUNT NO.<br><br>Kohn Law Firm<br>735 N. Water St. Ste. 1300<br>Milwaukee, WI 53202-4106 | | J | Consideration: Collection for Capital One Bank | | | | Notice Only |
| ACCOUNT NO.<br><br>Kris & Cindy Stolpa<br>3608 Glen Kent Ct.<br>Suamico, WI 54173 | | J | Consideration: personal loan | | | | 10,000.00 |
| ACCOUNT NO.<br><br>Marvin B. & Patricia Biese<br>6838 Cty Rd. D<br>Greenleaf, WI 54126 | | J | Consideration: 15 SC 1130 | | | | 8,000.00 |

Sheet no. __8__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷   $     34,855.55

Total▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Lee C. Daniels, II & Tammy M. Daniels          ,          Case No. _____

**Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  128952****<br><br>Mediacom<br>c/o Credit Protection<br>13355 Noel Road #2100<br>Dallas, TX 75240 | | J | Consideration: Utilities | | | | 156.00 |
| ACCOUNT NO.<br><br>Merry Maids<br>2309 Woodale Ave.<br>Green Bay, WI 54313 | | J | | | | | 300.00 |
| ACCOUNT NO.<br><br>Mid American Energy<br>c/o Consumer Adjustment Company<br>12855 Tesson Ferry Rd. Ste. 200<br>St. Louis, MO 63128-2912 | | J | Consideration: Utilities | | | | 936.00 |
| ACCOUNT NO.<br><br>Nationwide Credit Corp.<br>PO Box 9156<br>Alexandria, VA 22304-0156 | | J | Consideration: Collection for Infinity Healthcare Phys | | | | Notice Only |
| ACCOUNT NO.<br><br>Northland Group<br>PO Box 390905<br>Edina, MN 55439 | | J | Consideration: Collection for Citibank/Home Depot | | | | Notice Only |

Sheet no. 9 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  1,392.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Wednesday, March 11, 2015, at 10:01:39 - 30068-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Lee C. Daniels, II & Tammy M. Daniels_____ ,          Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NTL Credit Systems<br>117 E 24th St.<br>New York, NY 10010 | | J | Consideration: Collection for US Claims | | | | Notice Only |
| ACCOUNT NO.<br><br>Pendrick Capital Partners<br>c/o Virtuoso Sourcing Group<br>3033 S. Parker Rd. Ste 100<br>Aurora, CO 80014 | | J | Consideration: Medical services | | | | 261.00 |
| ACCOUNT NO.<br><br>Professional Placement<br>272 N 12th St.<br>Milwaukee, WI 53233 | | J | Consideration: Collection for Winnebago County | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert L. Hatch<br>PO Box 108<br>Oshkosh, WI 54903-0108 | | J | Incurred: 2008<br>Consideration: 08 SC 4125 | | | | 750.00 |
| ACCOUNT NO.  17418<br><br>RPG SC<br>1325 Angels Path<br>DePere, WI 54115-4050 | | J | Consideration: Medical services | | | | 745.00 |

Sheet no.  10  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $      1,756.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Wednesday, March 11, 2015, at 10:01:39 - 30068-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Lee C. Daniels, II & Tammy M. Daniels_____,      Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Wednesday, March 11, 2015, at 10:01:39 - 30068-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  110771201 <br><br> Sheffield Financial <br> PO Box 580229 <br> Charlotte, NC 28258-0229 | | J | Consideration: personal loan | | | | 2,792.96 |
| ACCOUNT NO.  608217500818**** <br><br> Springleaf formerly AGF <br> 600 N. Royal Ave. <br> Evansville, IN 47715-2612 | | J | Consideration: personal loan | | | | 4,070.00 |
| ACCOUNT NO.  608244604506**** <br><br> Springleaf formerly AGF <br> 600 N. Royal Ave. <br> Evansville, IN 47715-2612 | | J | Consideration: personal loan | | | | 5,451.00 |
| ACCOUNT NO. <br><br> St. Mary's Hospital <br> 1726 Shawano Ave <br> Green Bay, WI 54303 | | J | Consideration: Medical services | | | | 640.00 |
| ACCOUNT NO. <br><br> State Collections <br> 2509 S. Stoughton Rd. <br> Madison, WI 53716 | | J | Consideration: Collection for WPL Company dba Alliant Energy, Aurora Medical Group Inc. | | | | Notice Only |

Sheet no.  11  of 14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  12,953.96

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Lee C. Daniels, II & Tammy M. Daniels_____,     Case No. _____
                           **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 603532049415xxxx<br><br>The Home Depot<br>CCS Gray Ops Center<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | | J | Consideration: Additional notice | | | | Notice Only |
| ACCOUNT NO.<br><br>Theda Clark Medical Center<br>130 2nd Street<br>Neenah, WI 54956 | | J | Incurred: 2009<br>Consideration: 09 CV 1877 | | | | 5,003.00 |
| ACCOUNT NO.<br><br>Twohig, Rietbrock, Schneider & Halbach<br>PO Box 188<br>Chilton, WI 53014 | | J | Consideration: Collection for Marvin & Patricia Biese | | | | Notice Only |
| ACCOUNT NO.<br><br>US Claims<br>c/o NTL Credit Systems<br>117 E 24th St.<br>New York, NY 10010 | | J | | | | | 282.00 |
| ACCOUNT NO.<br><br>VanDrisse Chiropractic Center LLC<br>502 George St.<br>DePere, WI 54115 | | J | Consideration: Medical services | | | | 40.85 |

Sheet no. __12__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $   5,325.85

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Wednesday, March 11, 2015, at 10:01:39 - 30068-301X-*****- PDF-XChange 4.0

In re  Lee C. Daniels, II & Tammy M. Daniels_____,     Case No. _____
**Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Virtuoso Sourcing Group<br>3033 S. Parker Rd. Ste 100<br>Aurora, CO 80014 | | J | Consideration: Collection for Pendrick Capital Partners | | | | Notice Only |
| ACCOUNT NO. 5239141030288611<br><br>Walmart / Synchrony Bank<br>Attn: Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL 32896-5060 | | J | Consideration: Consumer Credit Card Purchases | | | | 5,320.76 |
| ACCOUNT NO. 51594004****<br><br>Wells Fargo Dealer Services / Wachovia<br>PO Box 1697<br>Winterville, NC 28590 | | J | Consideration: Installment loan | | | | 11,872.00 |
| ACCOUNT NO. 5774421756062387<br><br>Wells Fargo Financial National Bank<br>PO Box 660431<br>Dallas, TX 75266-0431 | | J | Consideration: Consumer Credit Card Purchases | | | | 2,525.00 |
| ACCOUNT NO.<br><br>Winnebago County<br>c/o Professional Placement<br>272 N 12th St.<br>Milwaukee, WI 53233 | | J | | | | | 940.00 |

Sheet no. 13 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $ 20,657.76

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:39 - 30068-301X-***** - PDF-XChange 4.0

In re ___Lee C. Daniels, II & Tammy M. Daniels_____,     Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Wisconsin Public Service<br>PO Box 19003<br>Green Bay, WI 54307-9003 | | J | Consideration: Damages | | | | 1,000.00 |
| ACCOUNT NO. 68453**<br>WPL Company dba Alliant Energy<br>c/o State Collections<br>2509 S. Stoughton Rd.<br>Madison, WI 53716 | | J | Consideration: Utilities | | | | 560.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _14_ of _14_ continuation sheets attached               Subtotal ▷   $     1,560.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                  Total ▷   $     253,613.05

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:39 - 30068-301X-*****- PDF-XChange 4.0

In re **Lee C. Daniels, II & Tammy M. Daniels**    Case No. _____

            **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Curves<br>1705 S. Webster Ave.<br>Green Bay, WI 54301 | 1 year contract |
| Hughes Net<br>11717 Exploration Ln.<br>Germantown, MD 20876 | 2 year contract |
| Kia Motor Finance<br>PO Box 20825<br>Fountain Valley, CA 92728 | Closed end vehicle lease; to be rejected |
| | |
| | |
| | |
| | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:39 - 30068-301X-*****-PDF-XChange 4.0

In re  Lee C. Daniels, II & Tammy M. Daniels                    Case No. _____
          **Debtor**                                                            **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:39 - 30068-301X-***** - PDF-XChange 4.0

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:39 - 30068-301X-***** - PDF-XChange 4.0

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Lee C. Daniels, II | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Tammy M. Daniels | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Eastern | District of WI | |
| Case number (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form **B 6I**

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | **Employment status** | ☐ Employed<br>☒ Not employed | ☒ Employed<br>☐ Not employed |
   | **Occupation** | Unemployed | Payroll Specialist |
   | **Employer's name** | | City of Green Bay |
   | **Employer's address** | | Green Bay, WI |
   | | Number   Street | Number   Street |
   | | | Green Bay, WI |
   | | City    State    ZIP Code | City    State    ZIP Code |
   | **How long employed there?** | _____ | 6 months |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 3,530.80 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 430.32 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 3,961.12 |

Debtor 1    Lee C. Daniels, II

First Name    Middle Name    Last Name

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .................................................................➔ | 4. | $ 0.00 | $ 3,961.12 |
| 5. List all payroll deductions: | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 676.06 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 572.08 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: ; _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 1,248.14 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 2,712.98 |
| 8. List all other income regularly received: | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ; _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: ; _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + | $ 2,712.98 = | $ 2,712.98 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 2,712.98

Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

[X] No.

[ ] Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    Lee C. Daniels, II
First Name    Middle Name    Last Name

Debtor 2    Tammy M. Daniels
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    Eastern    District of WI

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses

**12/13**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☒ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| son | 15 years | ☐ No  ☒ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:40 - 30068-30.1X-***** - PDF-XChange 4.0

| | | | Your expenses |
|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans  5.  $_____0.00_____

6. **Utilities:**

6a.  Electricity, heat, natural gas  6a.  $_____0.00_____

6b.  Water, sewer, garbage collection  6b.  $_____0.00_____

6c.  Telephone, cell phone, Internet, satellite, and cable services  6c.  $_____85.00_____

6d.  Other. Specify: _____  6d.  $_____0.00_____

7. **Food and housekeeping supplies**  7.  $_____50.00_____

8. **Childcare and children's education costs**  8.  $_____0.00_____

9. **Clothing, laundry, and dry cleaning**  9.  $_____0.00_____

10. **Personal care products and services**  10.  $_____0.00_____

11. **Medical and dental expenses**  11.  $_____85.00_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.  12.  $_____30.00_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13.  $_____0.00_____

14. **Charitable contributions and religious donations**  14.  $_____0.00_____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

15a.  Life insurance  15a.  $_____95.00_____

15b.  Health insurance  15b.  $_____0.00_____

15c.  Vehicle insurance  15c.  $_____0.00_____

15d.  Other insurance. Specify:_____  15d.  $_____0.00_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____ _____  16.  $_____0.00_____

17. **Installment or lease payments:**

17a.  Car payments for Vehicle 1  17a.  $_____0.00_____

17b.  Car payments for Vehicle 2  17b.  $_____0.00_____

17c.  Other. Specify:_____  17c.  $_____0.00_____

17d.  Other. Specify:_____  17d.  $_____0.00_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
    from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**  18.  $_____80.00_____

19. **Other payments you make to support others who do not live with you.**
    Specify:_____  19.  $_____0.00_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.  Mortgages on other property  20a.  $_____0.00_____

20b.  Real estate taxes  20b.  $_____0.00_____

20c.  Property, homeowner's, or renter's insurance  20c.  $_____0.00_____

20d.  Maintenance, repair, and upkeep expenses  20d.  $_____0.00_____

20e.  Homeowner's association or condominium dues  20e.  $_____0.00_____

Case 15-22195-svk    Doc 1    Filed 03/11/15    Page 41 of 72

21.  **Other**. Specify: _____ _____    21.  **+**$_____ 0.00

22.  **Your monthly expenses.** Add lines 4 through 21.          (*Includes totals from Debtor 2)
     The result is your monthly expenses.                                22.  $_____ 2,755.00 *

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $_____ 2,712.98

     23b.  Copy your monthly expenses from line 22 above.                      23b.  **−**$_____ 2,755.00

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.                           23c.  $_____ −42.02

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     [X] No.
     [ ] Yes.     Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Lee C. Daniels, II | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Tammy M. Daniels | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ Eastern _____ District of WI

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☒ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☒ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   See Debtor 1 Schedule J for Dependents

   ☒ No
   ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 950.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:40 - 30068-301X-****** - PDF-XChange 4.0

|  | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 128.70 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 150.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 0.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 290.00 |
| 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 300.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 50.00 |
| 10. **Personal care products and services** | 10. | $ 50.00 |
| 11. **Medical and dental expenses** | 11. | $ 50.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 200.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 50.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 0.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 95.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 145.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify:_____ _____ | 17c. | $ 0.00 |
| 17d. Other. Specify:_____ _____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form B 6I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income_.** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Case 15-22195-svk    Doc 1    Filed 03/11/15    Page 44 of 72

21. **Other**. Specify: _____ _____    21.    **+**$_____  0.00

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.                                          22.    $_____  2,458.70

23. **Calculate your monthly net income.**

   23a.    Copy line 12 (*your combined monthly income*) from *Schedule I*.       23a.    $(Included in Debtor 1)

   23b.    Copy your monthly expenses from line 22 above.                        23b.    **–** $(Included in Debtor 1)

   23c.    Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.                                      23c.    $(Included in Debtor 1)

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

  [X] No.

  [ ] Yes.    Explain here:

Lee C. Daniels, II & Tammy M. Daniels

**In re** _____     **Case No.** _____

_____**Debtor**_____                                                         **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___34___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___03/10/2015___                                    Signature: ___/s/ Lee C. Daniels, II___
                                                                                                        Debtor

Date ___03/10/2015___                                    Signature: ___/s/ Tammy M. Daniels___
                                                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                         _____
Printed or Typed Name and Title, if any,                                              Social Security No.
of Bankruptcy Petition Preparer                                                            *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____                    _____
      Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                          Signature: _____

                                                                                        _____
                                                                                        (Print or type name of individual signing on behalf of debtor.)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-----------------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-***** - PDF-XChange 4.0

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Wisconsin

In Re  Lee C. Daniels, II & Tammy M. Daniels          Case No. _____
                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2015(db) | $0 | Unemployed |
| 2014(db) | $0 | Unemployed |
| 2013(db) | $0 | Unemployed |
| | | |
| 2015(jdb) | $8,847.91 | Employment |
| 2014(jdb) | $33,253.02 | Employment less self employed net -$848.33 |
| 2013(jdb) | $70,305.00 | Employment & self employed gross $42,181.00 / net -$10,664.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-*****-PDF-XChange 4.0

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-***** - PDF-XChange 4.0

**2. Income other than from employment or operation of business**

None
☒

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT                                        SOURCE

**3. Payments to creditors**

None
☒

  *Complete a. or b., as appropriate, and c.*

  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☒

  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☒

> *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

> a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Tammy Daniels vs. Lee Daniels 14 FA 1127 | Divorce | Circuit Court Brown County | Pending |
| Marvin & Patricia Biese vs. Debtor 15 SC 1130 | Small Claims | Circuit Court Brown County | Pending |

None
☒

> b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☒

> List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-***** - PDF-XChange 4.0

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-***** - PDF-XChange 4.0

**6.  Assignments and Receiverships**

None    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒         the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
          assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
          joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒         year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
          must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
          the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒       case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
        member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter
        12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
        unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒       commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or
        chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None           List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐       for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
        bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John A.Foscato<br>Law Offices of John A. Foscato SC<br>P.O. Box 1133<br>Green Bay, WI 54305-1133 | 10/6/14 | $1200.00 |

**10.    Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs
☒       of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
        of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
        whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

        b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case
        to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.    Closed financial accounts**

None           List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☒       were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.
        Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share
        accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
        institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
        instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
        and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-***** - PDF-XChange 4.0

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-***** - PDF-XChange 4.0

### 12. Safe deposit boxes

None
☒

      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
☒

      List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☒

      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

      If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 835 Centennial Centre Blvd. #2 Hobart, WI 54155 | | 8/1/14 - 12/15/14 |

**16. Spouses and Former Spouses**

None
☐

　　　If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Pam Daniels

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

　　　"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

　　　"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a.　　List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.　　List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-***** - PDF-XChange 4.0

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-*****- PDF-XChange 4.0

None ☒

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☐

    a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| All Ways Builders | 45-5306496 | 2257 S. Overland Rd. DePere, WI 54115 | Flooring & Building | 5/13 - 7/31/14 |

    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☒

| NAME | ADDRESS |
|---|---|

## [Questions 19 - 25 are not applicable to this case]

*   *   *   *   *   *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _03/10/2015_____    Signature of Debtor    /s/ Lee C. Daniels, II
                                                               LEE C. DANIELS, II

Date _03/10/2015_____    Signature of Joint Debtor    /s/ Tammy M. Daniels
                                                                    TAMMY M. DANIELS

___0___ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-***** - PDF-XChange 4.0

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Wisconsin

Lee C. Daniels, II & Tammy M. Daniels

In re _____ ,    Case No. _____

           Debtor                                                            Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| USDA Rural Development | Single family residence; secured with $22,600.00 equity |

Property will be *(check one)*:

☐ Surrendered                  ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☑ Claimed as exempt             ☐ Not claimed as exempt

---

Property No. 2 *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| BMO Harris | Single family residence; secured with $22,600.00 equity |

Property will be *(check one)*:

☐ Surrendered                  ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☑ Claimed as exempt             ☐ Not claimed as exempt

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-***** - PDF-XChange 4.0

**PART B -** Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> Kia Motor Finance <br> PO Box 20825 <br> Fountain Valley, CA 92728 | **Describe Leased Property:** <br> Closed end vehicle lease; to be rejected | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES      ☑ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES      ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES      ☐ NO |

_1_ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 03/10/2015 _____

/s/ Lee C. Daniels, II _____
Signature of Debtor

/s/ Tammy M. Daniels _____
Signature of Joint Debtor

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-***** - PDF-XChange 4.0

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

PART A    - Continuation

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-***** - PDF-XChange 4.0

| Property No: 3 | |
|---|---|
| **Creditor's Name:**<br>Community 1st CU | **Describe Property Securing Debt:**<br>2009 Chevrolet HHR; secured with $504.37 equity |

Property will be    *(check one):*

☐    Surrendered                    ☑    Retained

If retaining the property, I intend to    *(check at least one):*

☐    Redeem the property
☑    Reaffirm the debt
☐    Other. Explain _____    (for example, avoid lien using 11 U.S.C.§522(f)).

Property is    *(check one):*
☑    Claimed as exempt                                ☐    Not claimed as exempt

# United States Bankruptcy Court
## Eastern District of Wisconsin

**In re** Lee C. Daniels, II & Tammy M. Daniels _____     **Case No.** _____
                 **Debtor**                                                     **(If known)**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

     I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code

_____
Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

X _____
Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certification of the Debtor

     I, (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code

Lee C. Daniels, II & Tammy M. Daniels _____
Printed Names(s) of Debtor(s)

X _/s/ Lee C. Daniels, II_____     03/10/2015
     Signature of Debtor            Date

Case No. (if known) _____

X _/s/ Tammy M. Daniels_____     03/10/2015
     Signature of Joint Debtor, (if any)   Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-***** - PDF-XChange 4.0

# United States Bankruptcy Court
### Eastern District of Wisconsin

In re  Lee C. Daniels, II & Tammy M. Daniels

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................…………………..……....... $ ____1,200.00____

Prior to the filing of this statement I have received ........…………………............... $ ____1,200.00____

Balance Due ...................................…………………………………................... $ _____0.00_____

2.   The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

03/10/2015
_____
*Date*

/s/ John A.Foscato
_____
*Signature of Attorney*

Law Offices of John A. Foscato SC
_____
*Name of law firm*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Wednesday, March 11, 2015, at 10:01:41 - 30068-301X-*****- PDF-XChange 4.0

**Fill in this information to identify your case:**

| Debtor 1 | Lee C. Daniels, II | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Tammy M. Daniels | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ Eastern _____ District of __ WI __
(State)

Case number _____
(if known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 22A—1

# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☒ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 4,149.09 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |
| 5. | **Net income from operating a business, profession, or farm** | | |

5. **Net income from operating a business, profession, or farm**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | – $ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 **Copy here➔** | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | – $ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 **Copy here➔** | $ 0.00 | $ 0.00 |

| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
|---|---|---|---|

Bankruptcy2015 ©1991-2015. New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:42 - 30068-301X-***** - PDF-XChange 4.0

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**    $ ___0.00___    $ ___0.00___

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ..........................↓

   For you ......................................................... $ ___0.00___

   For your spouse...................................................... $ ___0.00___

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.    $ ___0.00___    $ ___0.00___

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

   10a. _____    $ ___0.00___    $ ___0.00___

   10b. _____    $ ___0.00___    $ ___0.00___

   10c. Total amounts from separate pages, if any.    +$ ___0.00___    +$ ___0.00___

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

   $ ___0.00___ **+** $ ___4,149.09___ **=** $ ___4,149.09___

Total current monthly income

**Part 2:**    **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

   12a. Copy your total current monthly income from line 11................................................ Copy line 11 here➔ 12a.    $ ___4,149.09___

     Multiply by 12 (the number of months in a year).    **x 12**

   12b. The result is your annual income for this part of the form.    12b.    $ ___49,789.08___

13. **Calculate the median family income that applies to you.** Follow these steps:

   Fill in the state in which you live.    | Wisconsin |

   Fill in the number of people in your household.    | 2 |

   Fill in the median family income for your state and size of household. .............................................13.    $ ___58,786.00___

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

   14a. ☒ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

   14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A–2.

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ /s/ Lee C. Daniels, II      ✖ /s/ Tammy M. Daniels

Signature of Debtor 1      Signature of Debtor 2

Date __03/10/2015__      Date __03/10/2015__

MM / DD / YYYY      MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:42 - 30068-301X-***** - PDF-XChange 4.0

# Form 22 Continuation Sheet

## Monthly Income

**Month 1**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 3,535.33 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Month 2**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 5,312.58 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Month 3**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 5,813.10 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Month 4**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 3,460.87 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Month 5**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 3,347.81 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Month 6**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 3,424.86 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

## Additional Items as Designated, if any

## Remarks

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver 5.1.1-873 - Wednesday, March 11, 2015, at 10:01:42 - 30068-301X-***** - PDF-XChange 4.0

AFNI Inc.
PO Box 3097
Bloomington, IL 61702-3097

American General Finance
600 N. Royall Ave.
Evansville, IN 47715

Americollect
PO Box 1566
Manitowoc, WI 54221

Andrew Daniels
USS EIROD FFG 55
FPO, AE 09568-1509

Attorney Christopher Evenson
303 S Memorial Drive
Appleton, WI 54911-5978

Atty. Daniel M. Muza
217 Ceape Avenue
Oshkosh, WI 54901

Aurora Health Care
PO Box 091700
Milwaukee, WI 53209-8700

Aurora Health Care
PO Box 809418
Chicago, IL 60680-9418

Aurora Medical Group
PO Box 341457
Milwaukee, WI 53234-1457

Baycare Health Systems
PO Box 28900
Green Bay, WI 54324

Best Buy / Citibank
c/o Estate Info. Svcs LLC dba EIS Collections
PO Box 1730
Reynoldsburg, OH 43068-8730

Best Buy Credit Services
PO Box 790441
St. Louis, MO 63179

BMO Harris
PO Box 365
Arlington Heights, IL 60006

Capital One Services
PO Box 30285
SLC, UT 84130-0285

Capital One Services
PO Box 30285
SLC, UT 84130-0285

Capital One Services
PO Box 30285
SLC, UT 84130-0285

Comenity - Brylane Home
PO Box 659728
San Antonio, TX 78265-9728

Comenity - Fashion Bug
PO Box 659728
San Antonio, TX 78265-9728

Comenity - Younkers
Attn: Bankruptcy Dept.
PO Box 182125
Columbus, OH 43218-2125

Comenity - Younkers
PO Box 659813
San Antonio, TX 78265-9113

Community 1st Credit Union
1700 Lawrence Dr.
DePere, WI 54115

Community First CU
Customer Service
PO Box 31112
Tampa, FL 33631-3112

Community First CU
PO Box 1487
Appleton, WI 54912-1487

Consumer Adjustment Company
12855 Tesson Ferry Rd. Ste. 200
St. Louis, MO 63128-2912

Consumer Collection Mgmt
PO Box 1839
Maryland Heights, MO 63043

Credit Protection
13355 Noel Road #2100
Dallas, TX 75240

CSC Iowa
PO Box 9125
Des Moines, IA 50306-9125

Curves
1705 S. Webster Ave.
Green Bay, WI 54301

Dempsey Law Firm LLP
PO Box 886
Oshkosh, WI 54903-0886

Estate Information Services LLC dba
EIS Collections
PO Box 1730
Reynoldsburg, OH 43068-8730

Finance Systems of GB
PO Box 1597
Green Bay, WI 54305-1595

Green Bay Radiology, SC
2941 S Ridge Rd
Green Bay, WI 54304

H & R Accounts Inc.
7017 John Deere Pkwy
Moline, IL 61265-8072

Hawkeye Auto Body
c/o IC Systems
PO Box 64378
St. Paul, MN 55164

HH Gregg / GE Capital Retail Bank
Attn: Bankruptcy Dept.
PO Box 965061
Orlando, FL 32896-5061

Home Depot Credit Services
PO Box 790328
St. Louis, MO 63179

Home Depot Credit Services
PO Box 790328
St. Louis, MO 63179

Hughes Net
11717 Exploration Ln.
Germantown, MD 20876

IC Systems
PO Box 64378
St. Paul, MN 55164

Infinity Healthcare Physicians SC
111 E. Wisconsin Ave. Ste. 2000
Milwaukee, WI 53202-4809

Internal Revenue Service
United States Treasury
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
United States Treasury
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
United States Treasury
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
United States Treasury
PO Box 7346
Philadelphia, PA 19101-7346

Interpersonal Therapy LLC
PO Box 544
Egg Harbor, WI 54209

Interstate Power Alliant Energy
c/o H & R Accounts Inc.
7017 John Deere Pkwy
Moline, IL 61265-8072

Jeff & Tina Gross
1806 Trotter Ct.
DePere, WI 54115

Karla Thomas
c/o CSC Iowa
PO Box 9125
Des Moines, IA 50306-9125

Kia Motor Finance
PO Box 20825
Fountain Valley, CA 92728

Kia Motor Finance
PO Box 20825
Fountain Valley, CA 92728

Kohls
PO Box 2983
Milwaukee, WI 53201-2983

Kohn Law Firm
735 N. Water St. Ste. 1300
Milwaukee, WI 53202-4106

Kris & Cindy Stolpa
3608 Glen Kent Ct.
Suamico, WI 54173

Marvin B. & Patricia Biese
6838 Cty Rd. D
Greenleaf, WI 54126

Mediacom
c/o Credit Protection
13355 Noel Road #2100
Dallas, TX 75240

Merry Maids
2309 Woodale Ave.
Green Bay, WI 54313

Mid American Energy
c/o Consumer Adjustment Company
12855 Tesson Ferry Rd. Ste. 200
St. Louis, MO 63128-2912

Nationwide Credit Corp.
PO Box 9156
Alexandria, VA 22304-0156

Northland Group
PO Box 390905
Edina, MN 55439

NTL Credit Systems
117 E 24th St.
New York, NY 10010

Olivia Snow
c/o CSC Iowa
PO Box 9125
Des Moines, IA 50306-9125

Pendrick Capital Partners
c/o Virtuoso Sourcing Group
3033 S. Parker Rd. Ste 100
Aurora, CO 80014

Professional Placement
272 N 12th St.
Milwaukee, WI 53233

Robert L. Hatch
PO Box 108
Oshkosh, WI 54903-0108

RPG SC
1325 Angels Path
DePere, WI 54115-4050

Sheffield Financial
PO Box 580229
Charlotte, NC 28258-0229

Springleaf formerly AGF
600 N. Royal Ave.
Evansville, IN 47715-2612

Springleaf formerly AGF
600 N. Royal Ave.
Evansville, IN 47715-2612

St. Mary's Hospital
1726 Shawano Ave
Green Bay, WI 54303

State Collections
2509 S. Stoughton Rd.
Madison, WI 53716

The Home Depot
CCS Gray Ops Center
PO Box 6497
Sioux Falls, SD 57117-6497

Theda Clark Medical Center
130 2nd Street
Neenah, WI 54956

Twohig, Rietbrock, Schneider & Halbach
PO Box 188
Chilton, WI 53014

US Claims
c/o NTL Credit Systems
117 E 24th St.
New York, NY 10010

USDA Rural Development
PO Box 790170
St. Louis, MO 63179

VanDrisse Chiropractic Center LLC
502 George St.
DePere, WI 54115

Virtuoso Sourcing Group
3033 S. Parker Rd. Ste 100
Aurora, CO 80014

Walmart / Synchrony Bank
Attn: Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896-5060

Wells Fargo Dealer Services / Wachovia
PO Box 1697
Winterville, NC 28590

Wells Fargo Financial National Bank
PO Box 660431
Dallas, TX 75266-0431

WI Dept of Revenue
Special Procedures Unit
PO Box  8901
Madison, WI 53708-8901

Winnebago County
c/o Professional Placement
272 N 12th St.
Milwaukee, WI 53233

Wisconsin Public Service
PO Box 19003
Green Bay, WI 54307-9003

WPL Company dba Alliant Energy
c/o State Collections
2509 S. Stoughton Rd.
Madison, WI 53716

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Wisconsin

In re  Lee C. Daniels, II & Tammy M. Daniels ,
                         Debtor

Case No. _____

Chapter ___7_____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 8 pages, is true, correct and complete to the best of my knowledge.

Date  03/10/2015 _____

Signature
of Debtor

/s/ Lee C. Daniels, II _____

LEE C. DANIELS, II

Date  03/10/2015 _____

Signature
of Joint Debtor

/s/ Tammy M. Daniels _____

TAMMY M. DANIELS

John A.Foscato
Law Offices of John
A. Foscato SC
P.O. Box 1133
Green Bay, WI 54305-1133
920-432-8801
920-432-8859